IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ASHBURN HUNTER BYWATERS III, | § § § § | |
| Appellant, | § § | Case No. 4:21-cv-636-JDK |
| v. | § § § | |
| BASHAR RADWAN ALHUNEIDI, | § § § | |
| Appellee. | § § | |
| ASHBURN HUNTER BYWATERS III, | § § § § | |
| Appellant, | § § § | |
| v. | § § | Case No. 4:21-cv-881-JDK |
| BASHAR RADWAN ALHUNEIDI, | § § § | |
| Appellee. | § § § | |

**ORDER OF DISMISSAL**

Before the Court is the parties' joint stipulation of dismissal (Docket No. 20). In their filing, the parties ask the Court to dismiss with prejudice all claims that Appellant Ashburn Hunter Bywaters brought in Case No. 4:21-cv-881 (the "Second Appeal").

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Appellant's bankruptcy appeal in Case No. 4:21-cv-881 is hereby **DISMISSED** with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

1

The Court previously affirmed the bankruptcy court's order on appeal in Case No. 4:21-cv-636 (the "First Appeal") (Docket No. 17). Accordingly, the Clerk of Court is instructed to close these consolidated cases.

**So ordered and signed on this**

**Feb 9, 2022**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2